# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In re: | Boone, George L<br>Boone, Lori A<br>Debtors | § § § § | Case No. 08 B 14397 |
|---|---|---|---|

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/05/2008.

2) The plan was confirmed on 08/26/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/26/2009.

5) The case was dismissed on 05/26/2009.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $39,060.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,100.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$2,100.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $139.13 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$139.13** |
| Attorney fees paid and disclosed by debtor | $0 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Dept of Public Aid | Priority | $0 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Priority | $1,000.00 | $1,888.46 | $1,888.46 | $0 | $0 |
| Internal Revenue Service | Priority | $400.00 | $1,387.49 | $1,387.49 | $0 | $0 |
| Wincie Collins | Priority | $0 | NA | NA | $0 | $0 |
| Barclays Capital Real Estate | Secured | $157,292.00 | $156,735.03 | $156,735.03 | $0 | $0 |
| Barclays Capital Real Estate | Secured | $24,200.00 | $17,863.56 | $17,863.56 | $838.39 | $0 |
| Mortgage Electronic Registration Sys | Secured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Auto Finance | Secured | NA | $14,778.27 | $14,778.27 | $0 | $0 |
| Wells Fargo Auto Finance | Secured | $1,111.00 | $1,111.00 | $1,111.00 | $1,111.00 | $11.48 |
| Wells Fargo Auto Finance | Secured | $1,111.00 | NA | NA | $0 | $0 |
| A All Payday Loan Company Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| Aaa Bail Bonds | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Action Card | Unsecured | $151.00 | NA | NA | $0 | $0 |
| AFNI | Unsecured | $275.00 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $219.42 | NA | NA | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $0 | $5,956.44 | $5,956.44 | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | NA | $1,911.84 | $1,911.84 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**  *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AmeriCash Loans LLC | Unsecured | $1,911.84 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $2,904.75 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $3,000.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $2,904.75 | $2,904.75 | $0 | $0 |
| Bally Total Fitness | Unsecured | $0 | NA | NA | $0 | $0 |
| Bally's | Unsecured | $0 | NA | NA | $0 | $0 |
| Beverly Bus Garage Fed CU | Unsecured | $3,975.77 | NA | NA | $0 | $0 |
| Beverly Bus Garage Fed CU | Unsecured | NA | $3,975.77 | $3,975.77 | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Cda/Pontiac | Unsecured | $464.00 | NA | NA | $0 | $0 |
| Cfc Deficiency Recover | Unsecured | $0 | NA | NA | $0 | $0 |
| Check N Go | Unsecured | $1,779.53 | NA | NA | $0 | $0 |
| Chicago Transit Authority | Unsecured | $0 | NA | NA | $0 | $0 |
| Children's Memorial Hospital | Unsecured | NA | $75.00 | $75.00 | $0 | $0 |
| Chrysler Financial Services Americas | Unsecured | $586.00 | $586.85 | $586.85 | $0 | $0 |
| Chrysler Financial Services Americas | Unsecured | $711.85 | NA | NA | $0 | $0 |
| CitiFinancial Auto Credit Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| City Of Chicago | Unsecured | $349.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $180.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $150.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $495.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $1,007.50 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $510.00 | $962.50 | $962.50 | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $580.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $962.50 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $50.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $420.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $180.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $520.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $430.00 | NA | NA | $0 | $0 |
| Clerk of The Circuit Court (Co | Unsecured | $216.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $530.53 | NA | NA | $0 | $0 |
| Direct Tv | Unsecured | $208.63 | NA | NA | $0 | $0 |
| Diversified Adjustment Service | Unsecured | $347.00 | NA | NA | $0 | $0 |
| ER Solutions | Unsecured | $462.00 | $462.65 | $462.65 | $0 | $0 |
| ETI Financial Corp. | Unsecured | $354.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Fifth Third Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | $2,049.00 | NA | NA | $0 | $0 |
| First Premier Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| First Rate Financial | Unsecured | $0 | NA | NA | $0 | $0 |
| Foundation For Emergency Svc | Unsecured | $464.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $354.00 | NA | NA | $0 | $0 |
| Illinois Dept Of Employment Sec | Unsecured | $0 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | $926.02 | $1,338.86 | $1,338.86 | $0 | $0 |
| In Charge Debt Solutions | Unsecured | $0 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | $2,100.00 | $2,244.66 | $2,244.66 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $1,224.00 | $1,210.64 | $1,210.64 | $0 | $0 |
| Linebarger Goggan Blair & Simpson | Unsecured | $1,007.50 | NA | NA | $0 | $0 |
| Linebarger Goggan Blair & Simpson | Unsecured | $0 | NA | NA | $0 | $0 |
| LVNV Funding | Unsecured | $11,083.17 | NA | NA | $0 | $0 |
| Northwestern Internists | Unsecured | $85.00 | NA | NA | $0 | $0 |
| Northwestern Internists | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Northwestern Internists | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Northwestern Internists | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Numark Credit Union | Unsecured | $1,225.00 | $1,146.23 | $1,146.23 | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,314.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | NA | $357.25 | $357.25 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $0 | $12,546.29 | $12,546.29 | $0 | $0 |
| Resurgent Capital Services | Unsecured | $0 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $138.43 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | NA | $138.43 | $138.43 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $1,544.00 | $1,544.58 | $1,544.58 | $0 | $0 |
| Sir Finance Corporation | Unsecured | $1,115.00 | NA | NA | $0 | $0 |
| Sir Finance Corporation | Unsecured | NA | $1,115.00 | $1,115.00 | $0 | $0 |
| Sprint Nextel | Unsecured | $346.72 | $346.72 | $346.72 | $0 | $0 |
| St Bernard Hospital | Unsecured | $300.00 | NA | NA | $0 | $0 |
| University of Chicago | Unsecured | $461.00 | NA | NA | $0 | $0 |
| University Of Chicago Credit Union | Unsecured | NA | $371.45 | $371.45 | $0 | $0 |
| University Of Chicago Credit Union | Unsecured | $371.45 | NA | NA | $0 | $0 |
| USA Payday Loans | Unsecured | $0 | NA | NA | $0 | $0 |
| USA Payday Loans | Unsecured | $347.00 | NA | NA | $0 | $0 |
| USA Payday Loans | Unsecured | NA | $347.00 | $347.00 | $0 | $0 |
| Verizon Wireless | Unsecured | $324.71 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Washington Mutual | Unsecured | $160.00 | NA | NA | $0 | $0 |
| Washington Mutual | Unsecured | $58.00 | NA | NA | $0 | $0 |
| Washington Mutual | Unsecured | $64.00 | NA | NA | $0 | $0 |
| Wells Fargo Auto Finance | Unsecured | NA | $0.05 | $0.05 | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $156,735.03 | $0 | $0 |
| Mortgage Arrearage | $17,863.56 | $838.39 | $0 |
| Debt Secured by Vehicle | $15,889.27 | $1,111.00 | $11.48 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $190,487.86 | $1,949.39 | $11.48 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $3,275.95 | $0 | $0 |
| **TOTAL PRIORITY:** | $3,275.95 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $39,542.96 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $139.13 |
| Disbursements to Creditors | $1,960.87 |
| **TOTAL DISBURSEMENTS:** | $2,100.00 |

UST Form 101-13-FR-S (4/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: July 7, 2009       By: /s/ MARILYN O. MARSHALL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.